Waiver of Indictment

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**           :

                v.           :           **CRIMINAL NO. 20-458**

**CHRISTOPHER MAY**           :

Christopher May, the above named defendant, who is accused of the following:

<u>Count One</u>: wire fraud, in violation of 18 U.S.C. §1343; and

<u>Count Two</u>: wire fraud, in violation of 18 U.S.C. §1343

being advised of the nature of the charges and his rights, hereby waives prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
CHRISTOPHER MAY,
Defendant,

2/2/21
Date

_____
JOHN McMAHON, Esq.,
Counsel for Defendant,

_____
BROOKS T. THOMPSON, Esq.
Counsel for Defendant