

**ECKERT SEAMANS**
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

TEL (215) 851-8400
FAX (215) 851-8383
www.eckertseamans.com

David M. Laigaie, Esquire
dlaigaie@eckertseamans.com
(215) 851-8386

May 14, 2021

The Honorable Timothy J. Savage
United States District Court for the
 Eastern District of Pennsylvania
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: **Christopher May, Crim. NO. 20-458**

Dear Senior Judge Savage;

We represent Turn5, Inc., the victim in the above-referenced matter. We respectfully submit this letter, pursuant to 18 U.S.C. § 3771(4), in lieu of appearing at the upcoming sentencing.

This is certainly a regrettable situation. Turn5 hopes that Mr. May will learn, grow and lead a productive life going forward.

As a result of strong fiscal controls and prudent risk management, Turn5 was able to recoup (from Mr. May and from its insurer) $1,161,000 or 95 percent of the $1,213,500 stolen funds. Thus, the theft had little effect and no material impact on the company.

The story of Turn5 is one of entrepreneurial grit. Founded seventeen years ago by two teen-agers in their parents' basement, Turn5 has blossomed into a multimillion-dollar e-commerce business selling aftermarket parts to auto and truck enthusiasts.

Turn5's diligent and capable employees detected the theft before it got out of hand. That, coupled with the company's prudent risk management strategies, allowed for the near full reimbursement of the stolen funds.

Turn5 appreciates the Court's consideration of these facts when considering an appropriate sentence for Mr. May.

Respectfully submitted,

David M. Laigaie, Esquire

DML/rnr